Reversed and Remanded and Opinion filed August 15, 2002









Reversed and Remanded and Opinion filed August 15,
2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00462-CV

____________

 

TRINIDAD YNIGEZ, Appellant

 

V.

 

JEANNA YNIGEZ, Appellee

 



 

On
Appeal from the County Court No. 3

Galveston
County, Texas

Trial
Court Cause No. 01FD0939

 



 

O
P I N I O N

This is an appeal from a judgment
signed February 1, 2002.  

On August 7, 2002, the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court for entry of
judgment in accordance with their settlement agreement.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court for entry of judgment in accordance with the parties= settlement agreement.  

 








PER CURIAM

Judgment rendered and Opinion
filed August 15, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P.
47.3(b).